```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
BING YI CHEN,

         Petitioner,

    v.                                    12 CV 3904 (DAB)
                                          03 CR 734-4 (DAB)
                                                ORDER
UNITED STATES OF AMERICA,

         Respondent.
---------------------------------------X
```

**DEBORAH A. BATTS, United States District Judge.**

The Court is in receipt of Petitioner's Motion to Alter, Amend, or Correct Prior Judgement Pursuant to Federal Rule of Civil Procedure 60(b), filed March 28, 2014, and Petitioner's Motion to Supplement or Amend the Rule 60(b) Motion, filed September 2, 2014.  It is hereby ORDERED that the United States Attorney for the Southern District of New York respond to Petitioner's submissions of March 28 and September 2, 2014 on or before May 1, 2015.  The United States Attorney shall serve the responsive pleading on Petitioner and shall submit two courtesy copies to Chambers.

It is further ORDERED that the Clerk of the Court serve copies of this Order by certified mail upon the Petitioner and the United States Attorney for the Southern District of New York.

SO ORDERED.

Dated:   April 10, 2015
         New York, New York

                                            *Deborah A. Batts* (signature)
                                    _____
                                          Deborah A. Batts
                                       United States District Judge